UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
HACHETTE FILIPACCHI PRESSE,                                  :
                                                             :
                Plaintiff(s)                                 :
                                                             :
                -v-                                          :   SCHEDULING ORDER
                                                             :
PRESTIGE INTERNATIONAL GROUP LLC,                            :   23 Civ. 4777 (AKH)
                                                             :
                                                             :
                Defendant(s).                                :
                                                             :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The initial conference that was scheduled to be held on October 13, 2023, at 10:00 a.m., has been cancelled.

       SO ORDERED.

Dated:     October 4, 2023
              New York, New York

                                              //S//
                                       ALVIN K. HELLERSTEIN
                                       United States District Judge